IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICHOLAS MURPHY,

    Defendant.

EXHIBIT LIST

Case No.   8:23CR187
Deputy:    Kristy Furey
Reporter:  Digital Recorder
Date:      September 20, 2023

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
|  | 101 |  | Email from Mindy Murphy to Stu Dornan dated September 20, 2023 | X |  | X |  | 9/20/2023 |
|  | 102 |  | Notice of Unsubstantiated Child Safety Report | X |  | X |  | 9/20/2023 |

OBJECTIONS
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)